UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TIMOTHY RINALDI and  :  ECF CASE
CLAUDIA RINALDI,  :
  :  08 CV 1702 (KMK)
  :
              Plaintiffs,  :
  :
-against-  :  NOTICE OF APPEARENCE
  :
SCAG POWER EQUIPMENT,  :
a Division of Metalcraft of Mayville, Inc.,  :
  :
              Defendant.  :
  :
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT** Brian J. Carey, Esq., of McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears as Attorney of Record on behalf of Defendant, Defendant, SCAG Power Equipment, a Division of Metalcraft of Mayville, Inc., in the above-captioned matter. I further certify that I am registered for Electronic Case Filing.

Dated: New York, New York
      April 3, 2008

                          By:   s/ Brian J. Carey
                                        Brian J. Carey, Esq. (BC 8041)
                                        McELROY, DEUTSCH, MULVANEY
                                        & CARPENTER, LLP
                                        Wall Street Plaza
                                        88 Pine Street, 24th Floor
                                        New York, New York 10005
                                        Tel.: (212) 483-9490
                                        Fax: (212) 483-9490
                                        Email: bjcarey@mdmc-law.com
                                        *Attorneys for Defendant*
                                        *SCAG Power Equipment,*
                                        *a Division of Metalcraft of Mayville, Inc.*

                                        *And*

1

        Donald H. Carlson, Esq. (DC 8567)
*Application for Pro Hac Vice*
*Admission to be filed*
CRIVELLO CARLSON, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203
Tel.: (414) 271-7722
Fax: (414) 271-4438
Email: dcarlson@crivellocarlson.com
*Attorneys for Defendant*
*SCAG Power Equipment,*
*a Division of Metalcraft of Mayville, Inc.*

TO:    Lawrence T. D'Aloise, Jr. (LTD 7155)
CLARK, GAGLIARDI & MILLER, P.C.
The Inns of Court
99 Court Street
White Plains, New York 10601
Tel.: (914) 946-8900
Fax: (914) 946-8960
E-Mail: ldaloise@cgmlaw.com
*Attorneys for Plaintiffs*

2