UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                  :   ECF CASE
TIMOTHY RINALDI and                               :
CLAUDIA RINALDI,                                  :   08 CV 1702 (KMK)
                                                  :
                         Plaintiffs,              :
                                                  :
        -against-                                 :   FRCP RULE 7.1
                                                  :   DISCLOSURE STATMENT
SCAG POWER EQUIPMENT,                             :
a Division of Metalcraft of Mayville, Inc.,       :
                                                  :
                         Defendant.               :
                                                  :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT Defendant, SCAG Power Equipment, a Division of Metalcraft of Mayville, Inc., has no parent corporations, and no publicly held corporation owns 10% or more of its' stock.

Dated: New York, New York
       April 3, 2008

                         By:    s/ Brian J. Carey
                                            _____
                                            Brian J. Carey, Esq. (BC 8041)
                                            McELROY, DEUTSCH, MULVANEY
                                            & CARPENTER, LLP
                                            Wall Street Plaza
                                            88 Pine Street, 24th Floor
                                            New York, New York 10005
                                            Tel.: (212) 483-9490
                                            Fax: (212) 483-9490
                                            E-Mail: *bjcarey@mdmc-law.com*
                                            *Attorneys for Defendant*
                                            *SCAG Power Equipment,*
                                            *a Division of Metalcraft of Mayville, Inc.*

*And*

Donald H. Carlson, Esq. (DC 8567)
*Applications for Pro Hac Vice*
*Admission to be filed*
CRIVELLO CARLSON, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203
Tel.: (414) 271-7722
Fax: (414) 271-4438
E-Mail: dcarlson@crivellocarlson.com
*Attorneys for Defendant*
*SCAG Power Equipment,*
*a Division of Metalcraft of Mayville, Inc.*

TO:  Lawrence T. D'Aloise, Jr. (LTD 7155)
CLARK, GAGLIARDI & MILLER, P.C.
The Inns of Court
99 Court Street
White Plains, New York 10601
Tel.: (914) 946-8900
Fax: (914) 946-8960
E-Mail: ldaloise@cgmlaw.com
*Attorneys for Plaintiffs*

2