# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08-CV-01702                                   Date Filed: _____

Plaintiff:
**Timothy Rinaldi and Claudia Rinaldi**

vs.

Defendant:
**Scag Power Equipment, a Division of Metalcraft of Mayville, Inc.**

For:
Vincent T. Dolan
Dolan Investigations
11 Columbia Avenue
Suite B-1
Hartsdale, NY  10530

Received by ACTION INVESTIGATION SERVICE, INC. to be served on **Scag Power Equipment a Division of Metalcraft of Mayville Inc., 100 Metalcraft Drive, Mayville, WI 53050.**

I, Kim M. Straus, being duly sworn, depose and say that on the **18th day of March, 2008** at **12:25 pm**, I:

Served with within named individual/entity with a true and correct copy of **SUMMONS IN A CIVIL CASE AND COMPLAINT, CIVIL COVER SHEET** by leaving with Diane Goodrich, Corporate Secretary a person authorized to accept service on the behalf of the within named individual/entity.

I do further state that I am not a party to this action, that I am over the age of eighteen and a citizen of this state.



Subscribed and Sworn to before me on the 19th day of March, 2008 by the affiant who is personally known to me.

_Donna L Gundersen_
NOTARY PUBLIC
My Commission Expires: 11/27/11

_Kim M. Straus_
**Kim M. Straus**
Process Server

**ACTION INVESTIGATION SERVICE, INC.**
P.O. Box 1259
Waukesha, WI  53187-1259
(262) 542-7380

Our Job Serial Number: 2008000421

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c