UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :   ECF CASE
TIMOTHY RINALDI and                           :
CLAUDIA RINALDI,                              :   08 CV 1702 (KMK)
                                              :
                            Plaintiffs,       :
                                              :
      -against-                               :   ORDER FOR FOR
                                              :   ADMISSION
SCAG POWER EQUIPMENT,                         :   PRO HAC VICE OF
a Division of Metalcraft of Mayville, Inc.,   :   J. TIMOTHY MACIOLEK
                                              :
                            Defendant.        :
                                              :
------------------------------------------------------------x

THIS MATTER having come before the Court upon the Notice of Motion on behalf of Defendant SCAG Power Equipment, a Division of Metalcraft of Mayville, Inc. ("Defendant" and/or "SCAG") for an Order admitting J. TIMOTHY MACIOLEK, ESQ., pro hac vice in this matter, and upon consideration of the motion and all supporting papers, it is on this _____ day of _____, 2008

ORDERED that said motion be, and is hereby, GRANTED and J. TIMOTHY MACIOLEK of Crivello Carlson, S.C., 710 North Plankinton Avenue, Milwaukee, Wisconsin 53203, Telephone Number: (414) 271-7722, Facsimile number: (414) 271-4438, and E-Mail: jmaciolek@crivellocarlson.com, shall be admitted to the bar of this Court *pro hac vice*, for the purpose of participating in the captioned action on behalf of Defendant SCAG Power Equipment, a Division of Metalcraft of Mayville, Inc.

Dated: White Plains, New York    SO ORDERED:
       June 25, 2008

                                 _____
                                 Hon. Kenneth M. Karas, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1