Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TIMOTHY RINALDI and
CLAUDIA RINALDI,

                  Plaintiffs,

-against-

SCAG POWER EQUIPMENT,
a Division of Metalcraft of Mayville, Inc.,

                  Defendant.
-----------------------------------------------------------------x

ECF CASE

08 CV 1702 (KMK)

ORDER FOR FOR ADMISSION
PRO HAC VICE OF
DONALD H. CARLSON

THIS MATTER having come before the Court upon the Notice of Motion on behalf of Defendant SCAG Power Equipment, a Division of Metalcraft of Mayville, Inc. ("Defendant" and/or "SCAG") for an Order admitting DONALD H. CARLSON, ESQ., pro hac vice in this matter, and upon consideration of the motion and all supporting papers, it is on this _____ day of _____, 2008

ORDERED that said motion be, and is hereby, GRANTED and DONALD H. CARLSON of Crivello Carlson, S.C., 710 North Plankinton Avenue, Milwaukee, Wisconsin 53203, Telephone Number: (414) 271-7722, Facsimile number: (414) 271-4438, and E-Mail: dcarlson@crivellocarlson.com, shall be admitted to the bar of this Court *pro hac vice*, for the purpose of participating in the captioned action on behalf of Defendant SCAG Power Equipment, a Division of Metalcraft of Mayville, Inc.

Dated: White Plains, New York
      June 25, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1