UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Timothy Rinaldi and Claudia Rinaldi,

                Plaintiff(s),                08 Civ. 1702 (KMK) (MDF)

-against-                                  ORDER OF REFERENCE
                                                TO A MAGISTRATE JUDGE

Scag Power Equipment, a Division of
Metalcraft of Mayville, Inc.,

                Defendant(s).

_____X

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **√** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:* _____ _____ | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_\_\_ Habeas Corpus |
| | \_\_\_\_\_ Social Security |
| \_\_\_\_\_ Settlement* | \_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_\_\_ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: July 31, 2008

                                                  SO ORDERED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

                                          Hon. Kenneth M. Karas
                                          United States District Judge